AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00109 |
| Charles Anthony Espinosa | ) Assigned To : Judge Moxila A. Upadhyaya |
| | ) Assign. Date : 3/25/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Charles Anthony Espinosa     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions;
40 U.S.C. § 5104(e)(2)(D) - Willfully and Knowingly Utter Loud, Threatening, or Abusive Language, or Engage in Disorderly or Disruptive Conduct, at any place on Capitol Grounds with the Intent to Impede, Disrupt or Disturb Congress;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket on Capitol Grounds.

Date:     03/25/2024                            *M.A. Upad* (signature)
                                                 *Issuing officer's signature*

City and state:     Washington, D.C.             Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                 *Printed name and title*

### Return

This warrant was received on *(date)* 3/25/2024 , and the person was arrested on *(date)* 3/26/2024
at *(city and state)* Derry, New Hampshire .

Date: 3/27/2024                                  *(signature)*
                                                 *Arresting officer's signature*

                                                 Malachi Nkosi, Special Agent
                                                 *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Charles Anthony Espinosa
Known aliases:
Last known residence: 6 Blackberry Road, Apt B, Derry, NH 03038
Prior addresses to which defendant/offender may still have ties: 3731 N Bouvier Street, Philadelphia, PA 19140; 15104 Beverly Drive, #B, Philadelphia, PA 19116

Last known employment:
Last known telephone numbers: 717-329-2841
Place of birth:
Date of birth: 6/1/1981
Social Security number: 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
Height: 5'6"          Weight:
Sex: Male             Race: White
Hair: Brown           Eyes: Brown
Scars, tattoos, other distinguishing marks: Hand tattoo

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency: Federal Bureau of Investigations/ SA Malachi Nkosi 703-851-7133
Investigative agency address:
Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: