UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA

v.                                                    CASE NO. 24-mj-00109-MAU

CHARLES ANTHONY ESPINOSA
     Defendant


**ASSENTED TO MOTION TO AMEND RELEASE CONDITIONS**


NOW COMES the Defendant, Charles Anthony Espinosa, by and through counsel, Paul Garrity, and hereby moves this Court to amend his conditions of release to authorize him to take a trip from July 14, 2024 to July 17, 2024 to Niagara Falls, Canada and to Rome, New York.

In support of this Motion, the Defendant states as follows:

1. The Defendant has conditions of release that require that he obtain court approval to travel outside of the continental United States.

2. The Defendant and his girlfriend, Elizabeth Saunders, have made plans, if authorized by this Court, to travel to Niagara Falls, Canada and to Rome, New York from July 14, 2024 to July 17, 2024.   The Defendant and Ms. Saunders would be accompanied by Ms. Saunder's two minor children.

3. If authorized, the Defendant and Ms. Saunders, along with her children, would be initially staying at an Airbnb located in Niagara Falls, 5532 Spring Street, On L2G, Canada.  The Defendant, Ms. Saunders and the children would then travel to Rome, NY and stay at another Airbnb located at 804 McKinley Ave., Rome, NY.

4. The undersigned Counsel has consulted with Assistant United States Attorney, Victoria Sheets, regarding this Motion.  AUSA Sheets does not object to this motion.

5. The undersigned Counsel has consulted with the Defendant's supervising Pre-Trial services probation officer, Janice Bernard, in New Hampshire. USPO Bernard does not object to this motion.

WHEREFORE, the Defendant, Charles Anthony Espinosa, respectfully asks that this Honorable Court grant this Motion and amend his conditions of release to authorize him to travel to Niagara Falls, Canada and Rome, New York from July 14, 2024 to July 17, 2024.

Respectfully submitted
Charles Espinosa
By his Attorney,

Date:   July 10, 2024

/s/ Paul Garrity
Paul J. Garrity, Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
garritylaw@myfairpoint.net

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 10th day of July 2024, a copy of the within Motion served upon all Parties listed on the Electronic Case Filing (ECF) System and was mailed, postage pre-paid to Charles Anthony Espinosa.

Date: July 10, 2024

/s/ Paul Garrity
Paul J. Garrity