UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CHARLES ANOTHONY ESPINOSA**<br><br>**Defendant.** | **Case No. 24-mj-00109-MAU** |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

NOW COMES the Defendant, Charles Anthony Espinosa, by and through counsel, Paul Garrity, and the United States of America, by and through its attorney, AUSA Victoria Sheets, jointly respectfully move this Court to continue the status conference, which is currently scheduled for November 12, 2024 for sixty days.

In support of this motion, the Defendant states that the defendant has a Status Conference in this Court on November 12, 2024 at 1:00 p.m. However, the undersigned counsel requires additional time to review the discovery and to review the discovery with the Defendant.

Further, the undersigned counsel has been informed by Assistant United States Attorney Victoria Sheets that additional discovery will be provided to the undersigned counsel in the near future. The undersigned counsel will require time to review this anticipated additional discovery. The undersigned counsel has discussed this continuance request with AUSA Victoria Sheets and she assented to this joint motion for a continuance.

WHEREFORE, the Defendant, Charles Anthony Espinosa, respectfully requests that this Honorable Court grant this continuance and exclude time in the interests of justice. Specifically, the Defendant, along with the United States, respectfully requests that this Court exclude the time from November 12, 2024, until the next status hearing set by this Court, within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice.

Respectfully submitted
Charles Espinosa
By his Attorney,

Date: November 7, 2024

/s/ Paul Garrity
Paul J. Garrity, Bar No. 55976
14 Londonderry Road
Londonderry, NH 03053
(603) 434-4106
garritylaw@myfairpoint.net

/s/Victoria A. Sheets
Assistant United States Attorney
NY Bar No. 5548623
601 D Street NH
District of Columbia, DC 20530
(202) 252-7566
Victoria. sheets@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Paul J. Garrity, herein certify that on this 7th day of November 2024, a copy of the foregoing was served upon all Parties listed on the Electronic Case Filing (ECF) System and was mailed, postage pre-paid to Charles Anthony Espinosa.

Date: November 7, 2024         /s/ Paul Garrity
                                                                     Paul J. Garrity