UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 24-mj-109 |
| : | |
| **CHARLES ANOTHONY ESPINOSA,** : | |
| : | |
| **Defendant.** | |

## ORDER

Based upon the representations in the Joint Motion to Continue Status Conference and Exclude Time, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the status hearing on November 12, 2024, be continued to January 14, 2025, at 1:00 p.m.; and it is further

**ORDERED** that the time between November 12, 2024, and January 14, 2025, shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery.

_____
THE HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE